# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　　　　Crim. No. 5:05-CR-154-1H

TIMOTHY CHRIS EASON

　　　On September 30, 2011, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/Michael C. Brittain
　　　　　　　　　　　　　　　　　　　　　　　　Michael C. Brittain
　　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer

## ORDER OF COURT

　　　Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____20th_____ day of _____August_____, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Malcolm J. Howard
　　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge